STATE OF CONNECTICUT *v.* ROBERT CLAY

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 694 (AC 16279), is denied.

*Lisa Steele*, special public defender, in support of the petition.

*Nancy L. Chupak*, deputy assistant state's attorney, in opposition.

Decided July 14, 1999

L & R REALTY ET AL. *v.* CONNECTICUT NATIONAL BANK

CONNECTICUT NATIONAL BANK *v.* L & R REALTY ET AL.

The petition by Raymond LeFoll, Gail LeFoll and L & R Realty, Inc. for certification for appeal from the Appellate Court, 53 Conn. App. 524 (AC 14969/16092), is denied.

*Robert G. Skelton*, in support of the petition.

*Ann M. Siczewicz*, in opposition.

Decided July 14, 1999

ANDREW BURNHAM *v.* JOHN F. CARR, JR.

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 425 (AC 17694), is denied.

*John F. Carr, Jr.*, pro se, in support of the petition.

901